MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Justin Blake Shirey
Bullock Mental Health Facility
Full name and prison name of
Plaintiff(s)

v.

Sandra Giles, Warden
Gwendalynn Babers, Captain
at Bullock Mental
Health Facility in their
Official Capacity

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-CV-344-MEF-TFM
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐    NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county)
         N/A

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Bullock mental Health Building  Cell# H9-12A__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bullock Mental Health Building  Cell# H9-12A__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. __Gwendalynn Babers  B.M.H.F. P.O. Box 5107 Union Springs, Al. 36089__
2. __Sandra Giles,  B.M.H.F. P.O. Box 5107 Union Springs, Al. 36089__
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Feburary 19 2014__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __My 8th Amendment Right Violated by Risk of Serious harm.__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Feb 19th, 2014 I was tranferred to a mental health facility holding unit where mental Health Inmates are also housed. I have requested on numerous occasions To Captain Babers and Warden Giles To move me to the main camp. I have never received an answer back.

GROUND TWO: 8th Amendment Right was violated, By Exposure to unreasonable Harm.

SUPPORTING FACTS: On several occasions from Feb 19, 2014 to present Date which is April 23 2014, I been exposed to physcotrophic drugs by nurses when I Do not take any kind of medicine. I have stated in numerous requests to Captain Babers and Warden Giles in this case, that I've been asked to take non prescribed meds.

GROUND THREE: 8th Amendment right to Safe and humane conditions in prison violated by Deliberate Indifference To move out of mental Health building.

SUPPORTING FACTS: Sandra Giles and Gwendalyn Babers has had numerous request from me (Justin Shirey) From Feb 19, 2014 to present Date, asking her to move me back to the main camp because of the risk and serious harm I have been exposed to Due to me, a nonmentally ill inmate, being moved to a mental Health Facility. My Mother has informed her also.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I, (Justin Blake Shirey), Plaintiff in the above case, am respectfully asking the Court for a preliminary and permanent injuction ordering the Defendant, Gwendulyn Babers and Sondra Giles, To move me away from Mental Health.

_Justin Shirey 264423_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-23-14
              (Date)

_Justin Shirey 264423_
Signature of plaintiff(s)

Justin Shirey 264423
Print name

Justin Shiny
64423/ H9-12
ullock Mental Health
P. Box 5107
ion Springs, Al, 36089

Legal Mail

Legal Mail

$ 00.90
0004292303   MAY 08 2014
MAILED FROM ZIP CODE 36089

Ms. Debra Hackett
District Court Clerk
P.O. Box 711
Montgomery, Al, 36101-0711