IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN BLAKE SHIRLEY, #264423, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-344-MEF |
| | ) WO |
| SANDRA GILES, WARDEN, *et al.,* | ) |
| Defendants. | ) |

# **O R D E R**

On May 23, 2014, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's Motion for Preliminary Injunction (Doc. #1) is DENIED.

3. This case is referred back to the United States Magistrate Judge for additional proceedings.

DONE this the 19th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE